**Order entered October 29, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00492-CV

**BERRYMAN'S SOUTH FORK, INC. AND RICHARD BERRYMAN, Appellants**

**V.**

**J. BAXTER BRINKMANN INTERNATIONAL CORPORATION, THE BRINKMAN CORPORATION AND J. BAXTER BRINKMAN, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-05771**

## ORDER

The above case has been submitted on appeal. Pursuant to Texas Rule of Appellate Procedure 34.5(c), we **ORDER** the District Clerk to prepare, certify, and file electronically in this Court no later than November 5, 2013, a supplemental clerk's record containing the supersedeas bond filed in this case in approximately May 2012. We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Civil Records Division; and counsel for all parties.

/s/     DOUGLAS S. LANG
        JUSTICE